# SHERIFF'S AFFIDAVIT OF SERVICE

## ST. LAWRENCE COUNTY SHERIFF'S OFFICE

48 COURT STREET
CANTON, NY 13617
Civil Office 315-379-2221

---

**SUMMONS & COMPLAINT**

STATE OF NEW YORK | ST. LAWRENCE COUNTY
UNITED STATES DISTRICT COURT | CASE # : S2007-02054
| INDEX # : 07-CV-7470

PLAINTIFF(S)   TIMOTHY MANGIN

-against-

DEFENDANT(S)   FALCON RECOVERY SYSTEMS LLC

I, ALAN BENSON, certify that on the 29th day of August, 2007
at approximately 10:12AM, at:   2 JUDSON ST.
CANTON, NY

service of the annexed SUMMONS & COMPLAINT was made upon:

FALCON RECOVERY SYSTEMS LLC

the Individual named herein in the following manner:

**CORPORATION/** By delivering to and leaving with
**BUSINESS** SCOTT GOLDIE, ESQ., PRESIDENT,
the SUMMONS & COMPLAINT
for the Defendant, personally, a true copy thereof.

At the time of service the Individual was asked if he was in the Military Service of the U.S. and the Individual replied that he was not.

The person served is described as:  skin color WHITE, hair color BROWN, sex M, height 6'2", weight 185 lbs, age 40

_____   CHIEF CIVIL OFFICER   8/29/2007
Person Making Service                Title                     Date

Sworn and Subscribed to Before Me
this  29  day of  August , 2007

_____
Notary Public

Betty J. O'Shea
Notary Public, State of New York
Qualified in St. Lawrence County No. 4992408
My Commission Expires February 24, 2010