CROTTY, J

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 8 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY MANGIN,

            Plaintiff,

v.

FALCON RECOVERY SYSTEMS, LLC.,

            Defendant.

CV-07-7470(PAC)

NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE

PLEASE TAKE NOTICE that the Plaintiff, through his attorney, Lawrence Katz, pursuant to Rule 41 of the Federal Rules of Civil Procedure does hereby withdraw its action with prejudice against the Defendant. Defendant has not yet appeared in this action. ~~The court is to retain jurisdiction for the purposes of enforcing the terms of the agreement of the parties.~~ PAC

Dated: Cedarhurst, New York
November 7, 2007

**MEMO ENDORSED**

Respectfully submitted,

Lawrence Katz (LK-0062)
Law Offices of Lawrence Katz
Cedarhurst, New York 11516
Telephone (516) 374-2118
Facsimile (516) 706-2404

SO ORDERED: 11/8/07

Paul Crotty
U.S.D.J.